# United States District Court
## For The Western District of North Carolina
### Statesville Division

RICO ANTWAN FAIR,

             Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:08CV146-1-V

UNITED STATES OF AMERICA,

             Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 12, 2009, Order.

                       Signed: February 12, 2009

                       Frank G. Johns, Clerk
                       United States District Court